**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01528-BNB

NATHAN HILL,

      Applicant,

v.

WARDEN OLIVER,

      Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Applicant's Supplemental Motion Based on the Due Process Clause Violation (ECF No. 5) and Applicant's Motion to Supplement and Add Points (ECF No. 8) are GRANTED.

Dated:  July 23, 2014