IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01528-BNB

NATHAN HILL,

     Applicant,

v.

WARDEN OLIVER,

     Respondent.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.  It is further

ORDERED that the Order to Show Cause (ECF No. 6) is discharged.

DATED August 4, 2014, at Denver, Colorado.

BY THE COURT:


*s/Craig B. Shaffer*
United States Magistrate Judge