IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01528-MSK-KLM

NATHAN HILL,

    Applicant,

v.

WARDEN OLIVER,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Permission to File a Supplement Memorandum** [#13] (the "Motion to Supplement") and on Applicant's **Motion Requesting Immediate Relief** [#16].

    IT IS HEREBY **ORDERED** that the Motion to Supplement [#13] is **GRANTED**. The Court will consider Applicant's supplemental Memorandum in Support of Hill's Habeas Corpus [#13-1] in connection with Applicant's Application for Writ of Habeas Corpus Pursuant to U.S.C. § 2241 [#1].

    IT IS FURTHER **ORDERED** that the Motion Requesting Immediate Relief [#16] is **DENIED**. At the time Applicant sought relief, Respondent had not yet been served with notice of this matter. Accordingly, Applicant's request for immediate release due to Respondent's failure to respond to Applicant's writ was premature.

    Dated: October 10, 2014