IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01528-MSK-KLM

NATHAN HILL,

    Applicant,

v.

WARDEN OLIVER,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Applicant's **Motion to Add Points of Clarification to Hill's Reply Brief** [#47] (the "Motion"). Defendant did not file a Response in opposition to the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**. The Court will consider the clarifications offered by Applicant (as included in the Motion [#47]) with respect to Applicant's Reply [#45] submitted in connection with Applicant's Application for Writ of Habeas Corpus Pursuant to U.S.C. § 2241 [#1].

    Dated: January 14, 2015