IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-cv-01528-MSK-KLM

NATHAN HILL,

       Petitioner,

v.

OLIVER, Warden,

       Respondent.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the written Opinion and Order Overruling Objections, Adopting Recommendation issued by the Magistrate Judge and Denying Application for a Writ of Habeas Corpus (**Doc. #60**) filed by Chief Judge Marcia S. Krieger on May 2, 2016, it is

ORDERED that:

The Recommendation of Magistrate Judge Mix (**Doc. #51**) is **ADOPTED** in accordance with (**Doc. #60**). Petitioner's Petition for Writ of Habeas Corpus **(Doc. #1)** is **DENIED.**

The case will be closed.

Dated this 2nd day May, 2016

                          ENTERED FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK


                          s/Patricia Glover
                            Deputy Clerk